UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 14696
   DETRISHA GLOVER

                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-3740

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 06/09/2008 and was not confirmed.

   The case was dismissed without confirmation 09/18/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OVERLAND BOND & INVESTME | SECURED VEHIC | 4402.52 | .00 | .00 |
| JAMES BRADFORD SR | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARTISTIC DENTAL | UNSECURED | 61.00 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 912.18 | .00 | .00 |
| ASSOCIATED ST JAMES RADI | UNSECURED | NOT FILED | .00 | .00 |
| AT & T CABLE | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF HOVEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| PRA RECEIVABLES MANAGEME | UNSECURED | 712.08 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1523.83 | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 407.13 | .00 | .00 |
| FIRST PREMIER BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| FNCB ACCESS VISA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 699.25 | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STAR CAPITAL ACQUI | UNSECURED | 441.45 | .00 | .00 |
| REWARDS 660 | NOTICE ONLY | NOT FILED | .00 | .00 |
| REWARDS 660 | NOTICE ONLY | NOT FILED | .00 | .00 |
| REWARDS 666 | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL & HEAL | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIB/FBOFD | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | 755.00 | .00 | .00 |
| CRAIG CASE | NOTICE ONLY | NOT FILED | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | 3,000.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

             Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14696 DETRISHA GLOVER

---

```
TRUSTEE                                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                             ---------------   ---------------
TOTALS                             .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 12/22/08                 /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE